**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                    Case No. 3:05-cr-24-J-20HTS

CRAIG LEMAR WILLIAMS
_____

**O R D E R**

    This cause is before the Court on a letter received from Defendant dated April 18, 2005 (Doc. #40; Motion to be Heard) and the related Motion to Withdraw as Counsel for Defendant, and for Appointment of Substitute Counsel (Doc. #41; Motion), filed on April 29, 2005.  A hearing in regard to the matter of counsel was held on May 3, 2005.

    In the Motion to be Heard, Defendant characterized his current lawyer in various negative ways, referring to him, for example, as a "cop-out artist" and "loser" who had "upset [him] badly." Motion to be Heard at 2 (capitalization omitted).  In response to the Motion to be Heard and Defendant's "refus[al] to come out of his cell to speak" with him, counsel moved to withdraw.  Motion at 1.

    At the hearing, it became apparent Defendant's primary frustration involves the law itself rather than his counsel's efforts.  Mr. Williams described his attorney as a good listener and someone he could "deal with."  Although the Court made clear it was willing to consider appointing different counsel, Defendant

expressed a desire that Mr. Haine remain on the case. Further, he indicated a willingness to resume meaningful communications with his lawyer. The Court is satisfied, based on its questioning of Defendant, that his decision to keep his present counsel on the case is made knowingly, intelligently, and voluntarily. Thus, to the extent the Motion to be Heard (Doc. #40) reflected a wish to relieve Mr. Haine of his representation and have substitute counsel appointed, it is treated as **WITHDRAWN**.

Counsel, for his part, orally **WITHDREW** the Motion (Doc. #41) and assured the Court of his intention to continue to advocate for Defendant to the best of his ability. Accordingly, and in light of the foregoing discussion, Ross S. Haine, II, Esquire, will remain as Defendant's representative in this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of May, 2005.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

United States Attorney (Talbot)
Ross S. Haine, II, Esquire
Defendant